**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KEITH STUTES, DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF THE STATE OF LOUISIANA,** | * | **CIVIL ACTION NO. 26-1336** |
| **Plaintiff,** | * | |
| **versus** | * | |
| **GULFPORT ENERGY CORPORATION, HILCORP ENERGY COMPANY, JONES COMPANY, LTD., LLOG EXPLORATION & PRODUCTION COMPANY, L.L.C., LOUISIANA ENERGY PRODUCTION, L.L.C., OPMI OPERATING COMPANY, ROGERS OIL COMPANY, TEXAS PETROLEUM INVESTMENT COMPANY, AND UNION OIL COMPANY OF CALIFORNIA,** | * | |
| **Defendants.** | * | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Union Oil Company of California states the following pursuant to Federal Rule of Civil Procedure 7.1:

Union Oil Company of California is an indirectly wholly owned subsidiary of Chevron Corporation.

Respectfully submitted:

*/s/ Alexandra White*
Alexandra White (#29478) – Lead Attorney
lwhite@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**KEAN MILLER LLP**
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
John C. Funderburk (#35597)
John.funderburk@keanmiller.com
II City Plaza, 400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

**KEAN MILLER LLP**
Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
Michael A. Levatino, Jr. (#39961)
michael.levatino@keanmiller.com
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051

***Attorneys for Defendant Union Oil Company of California***

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, a copy of the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered for electronic service. I further certify that a copy of the foregoing pleading will be served on all parties to this proceeding not registered for electronic service by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first-class postage prepaid.

/s/ *Alexandra White*
Alexandra White (#29478)