**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **KEITH STUTES, DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT COURT OF THE STATE OF LOUISIANA** | **CIV. ACTION NO: 26-1336** |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **VERSUS** | **MAG. JUDGE DAVID J. AYO** |
| **GULFPORT ENERGY CORP., ET AL.** | |

**HESS CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hess Corporation provides the following Corporate Disclosure Statement:

Hess Corporation is a Delaware corporation with its principal place of business in Texas. It is a wholly owned subsidiary of Chevron Corporation.

Respectfully submitted,

*/s/ Elizabeth S. Wheeler*
Elizabeth S. Wheeler (La. Bar No. 21148)
ewheeler@liskow.com
Erin E. Bambrick (La. Bar No. 35035)
ebambrick@liskow.com
**LISKOW & LEWIS**
Hancock Whitney Building
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

**Attorneys for Defendant, Hess Corporation**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this 6th day of May, 2026, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

*/s/ Elizabeth S. Wheeler*