# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEITH STUTES, DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF THE STATE OF LOUISIANA, et al.,** | * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION NO. 6:26-CV-01336** <br><br> **JUDGE TERRY A. DOUGHTY** <br><br> **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |
| Plaintiffs, | | |
| versus | | |
| **BASF CORPORATION, et al.,** | | |
| Defendants. | | |

| | | |
|---|---|---|
| **THE PARISH OF CAMERON, et al.,** | * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION NO. 2:26-CV-01337** <br><br> **JUDGE TERRY A. DOUGHTY** <br><br> **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |
| Plaintiffs, | | |
| versus | | |
| **ALPINE EXPLORATION COMPANIES, INC., et al.,** | | |
| Defendants. | | |

**IT IS HEREBY ORDERED** that Defendants Unopposed Motion Requesting Oral Argument is **GRANTED**. The hearing on Plaintiffs' Motions to Remand in the above-captioned cases is scheduled for _____, at _____.

So ordered, adjudged, and decreed this _____ day of _____.


_____
**JUDGE**
**UNITED STATES DISTRICT COURT**