## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

KEITH STUTES ET AL

VERSUS

B A S F CORP ET AL

CASE NO.  6:26-CV-01336

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT OF DISMISSAL

Considering the Unopposed Motion to Dismiss [Doc. No. 94] filed by Defendants, ConocoPhillips Company and The Louisiana Land and Exploration Company LLC (collectively, "Defendants"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff's and Intervenors' claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

MONROE, LOUISIANA, this 30th day of July 2026.

_____

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE