**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KEITH STUTES, DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF THE STATE OF LOUISIANA, ET AL.** | * * * * * | **CIVIL ACTION NO.:6:26-cv-01336** |
| **Plaintiff,** | * * | **JUDGE: TERRY A. DOUGHTY** |
| **versus** | * * | |
| **BASF CORPORATION, ET AL.,** | * * | **MAG. JUDGE: KAYLA D. MCCLUSKY** |
| **Defendants,** | * | |

**UNOPPOSED MOTION TO DISMISS EXXON MOBIL CORPORATION, MOBIL OIL EXPLORATION AND PRODUCING SOUTHEAST INC., AND PIONEER NATURAL RESOURCES USA., INC.**

NOW INTO COURT, through undersigned counsel, come Defendants Exxon Mobil Corporation, Mobil Oil Exploration and Producing Southeast Inc., and Pioneer Natural Resources USA, Inc., who respectfully move this Court to dismiss all claims against them, with prejudice, all parties to bear their own costs. Notwithstanding this order, Plaintiff, the Parish of Cameron, and Intervenors, the State of Louisiana *ex rel.* Liz Murrill, Attorney General, and the Louisiana Department of Conservation and Energy (formerly known as the Louisiana Department of Natural Resources), specifically reserve all claims and causes of action against any defendant, person, or entity not specifically dismissed herein. Plaintiff and Intervenors have been contacted and do not oppose the instant Motion to Dismiss.

Respectfully submitted,

*/s/ Jamie D. Rhymes*
Jamie D. Rhymes (No. 24621)
jdrhymes@liskow.com

Caleb J. Madere (No. 36560)
cjmadere@liskow.com
John M. Parker (No. 40004)
jparker@liskow.com
**LISKOW & LEWIS**
1200 Camellia Blvd. Suite 300
Lafayette, Louisiana 70508
Phone: (337) 232-7424
Facsimile: (337) 267-2399

Kelly Brechtel Becker (No. 27375)
kbbecker@liskow.com
Laura Springer Brown (No. 34772)
lespringer@liskow.com
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
(504) 581-7979

Michael P. Cash #31655 (Lead Attorney)
mcash@liskow.com
**LISKOW & LEWIS**
First City Tower
1001 Fannin Street
Houston, TX 77002-6756
Phone: (713) 651-2900

Hunter A. Chauvin (No. 33771)
hachauvin@liskow.com
**LISKOW & LEWIS**
450 Laurel Street, Suite 1601
Baton Rouge, Louisiana 70801
Phone: (225) 341-4660

Martin A. Stern (No. 17154)
martin.stern@arlaw.com
Jeffrey E. Richardson (No. 23273)
jeffrey.richardson@arlaw.com
Alexandra R. Lamb (No. 37847)
alexandra.roselli@arlaw.com
**ADAMS & REESE, LLP**
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Phone: (504) 581-3234

Joseph Kelvin West (No. 18041)
jkwest@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave. N.W., Suite 700
Washington, D.C. 20001-4795
Phone: (202) 776-7800

***Attorneys for Exxon Mobil Corporation, Mobil Oil Exploration & Producing Southeast Inc., and Pioneer Natural Resources USA, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of August 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first-class postage prepaid.

*/s/ Jamie D. Rhymes*