**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**KEITH STUTES ET AL** — **CASE NO. 6:26-CV-01336**

**VERSUS** — **JUDGE TERRY A. DOUGHTY**

**B A S F CORP ET AL** — **MAG. JUDGE KAYLA D. MCCLUSKY**

# JUDGMENT OF DISMISSAL

Considering the Unopposed Motion to Dismiss [Doc. No. 96] filed by Defendants, Exxon Mobil Corporation, Mobil Oil Exploration and Producing Southeast Inc., and Pioneer Natural Resources USA, Inc. (collectively, "Defendants"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and all claims against Defendants asserted by Plaintiff, the Parish of Vermilion, and Intervenors, the State of Louisiana *ex rel.* Liz Murrill, Attorney General, and the Louisiana Department of Conservation and Energy (formerly known as the Louisiana Department of Natural Resources), are **DISMISSED WITH PREJUDICE** and with each party bearing their own costs.

MONROE, LOUISIANA, this 18th day of August 2026.

Terry A. Doughty

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE